UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| TRIDENT PACIFIC REAL ESTATE GROUP as receiver for DENVER ROAD LLC, | : : : : : | |
| Plaintiff, | : : | Civil Action No.: |
| -against- | : : : | **NOTICE OF REMOVAL** |
| THE TRAVELERS INDEMNITY COMPANY | : : : | |
| Defendants. | : : : | |

**TO:    United States District Court**
**District of New Jersey**
**Martin Luther King Building & U.S. Courthouse**
**50 Walnut Street Room 4015**
**Newark, New Jersey 07101**

Defendant, THE TRAVELERS INDEMNITY COMPANY ("Travelers"), by and through its undersigned counsel, files this Notice of Removal pursuant to 28 U.S.C. § 1441, *et seq*. Travelers submits that the United States District Court for the District of New Jersey has original diversity jurisdiction over this civil action and this matter may be removed to the District Court in accordance with the procedures provided at 28 U.S.C. § 1446. In further support of this Notice of Removal, Travelers states as follows:

**STATE COURT ACTION**

1.    Plaintiff, Trident Pacific Real Estate Group as receiver for Denver Road, LLC, initiated this action by filing a Complaint in the Superior Court of New Jersey, Law Division, Somerset County, on or about November 7, 2025 under Docket Number SOM-L-001610-25 (the "State Court Action"). A true and accurate copy of the Complaint is annexed hereto as **Exhibit "A"**.

12479910.1

2.    Travelers was served on November 17, 2025. **See Id**.

3.    Upon information and belief, the document attached as **Exhibits "A"** constitutes the only pleading, process and/or order filed in connection with the state court action.

4.    This Notice of Removal is timely filed in that it is filed "within thirty days after the receipt by defendant[s], through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which" this action is based. 28 U.S.C. § 1446(b).

### DIVERSITY OF CITIZENSHIP

5.    Upon information and belief, Plaintiff Trident Pacific Real Estate Group is a Delaware limited liability company, with its principal place of business located at 3720 Kirby Drive, Suite 1200, Houston, Texas 77098. **Ex. "A"**.

6.    Upon information and belief, Plaintiff Trident Pacific Real Estate Group's principal is Gregg Williams.

7.    Upon information and belief, based on publicly available records, all members of Plaintiff Trident Pacific Real Estate Group are citizens and/or domiciliaries of the State of Texas and/or State of California.

8.    Upon information and belief, Denver Road LLC is a Delaware limited liability company with its principal place of business located at 301 Route 17 North, Rutherford, New Jersey 07070.

9.    Upon information and belief, all members of Denver Road LLC are citizens and domiciliaries of the State of New Jersey and/or State of New York.

10.    Upon information and belief, no residents, domiciliaries or citizens of the State of Connecticut are members of Trident Pacific Real Estate Group or Denver Road LLC.

2

12479910.1

11.     Defendant Travelers is a Connecticut corporation engaged in the insurance business with a statutory home office and principal place of business located at One Tower Square, Hartford, Connecticut 06183.

12.     Defendant Travelers has not filed responsive pleadings in the State Court Action.

## AMOUNT IN CONTROVERSY

13.     Plaintiff is the duly appointed receiver for the property located at 10 Finderne Avenue, Bridgewater, New Jersey 08807. See **Ex. "A"** at ¶ 7.

14.     Plaintiff alleges to have sustained damage to the property caused by fire. *Id*. at ¶ 8.

15.     Plaintiff further alleges that there was a policy of insurance with Travelers at the time of the fire loss and that Travelers has refused to provide full coverage for the damage to the property. *Id*. at ¶¶ 5, 10-13.

16.     Plaintiff has submitted a claim under the Travelers' Policy for damages to property in excess of $400,000.

17.     Accordingly, the amount in controversy exceeds the jurisdictional requirement of $75,000.

18.     As Plaintiff and Defendant are citizens of different states, and because the amount in controversy exceeds $75,000.00, the United States District Court for the District of New Jersey has original jurisdiction over this matter pursuant to 28 U.S.C. § 1332.

19.     28 U.S.C. § 1332 confers original jurisdiction over all civil matters where the amount in controversy exceeds the sum or value of $75,000 exclusive of interest and costs and is between citizens of different states.

20.     Travelers submits that this matter may be removed to the United States District Court for the District of New Jersey pursuant to 28 U.S.C. § 1441, which permits removal of any civil action to the district courts that have original jurisdiction.

21.     A Notice of Filing of Notice of Removal to Federal Court, attached hereto as **Exhibit "B"**, will be filed in the Superior Court of New Jersey, Middlesex County, as soon as this Notice of Removal has been filed in this Court.

**WHEREFORE**, Defendant, THE TRAVELERS INDEMNITY COMPANY., removes this civil action to the United States District Court for the District of New Jersey, pursuant to 28 U.S.C. § 1441.

 Dated: December 16, 2025                                    CLAUSEN MILLER P.C.

                                                            _____
                                                            Thomas D. Jacobson, Esq.
                                                            Email: tjacobson@clausen.com
                                                            (973) 410-4151
                                                            100 Campus Drive
                                                            Florham Park, New Jersey 07932
                                                            *Counsel for Defendant The Travelers Indemnity Company*

4

12479910.1

## CERTIFICATION OF SERVICE

I, Thomas D. Jacobson, of full age, being duly sworn, according to law and upon my oath, depose and say:

1. I am an attorney with the law firm of Clausen Miller P.C. and am assigned the handling of this action.

2. On December 16, 2025, I electronical filed a copy of the within DEFENDANT'S NOTICE OF REMOVAL, which was served via DNJ ECF and regular mail on:

Frank P. Winston, Esq.
Lerner, Arnold & Winston, LLP
331 Newman Springs Road, Building 1, Suite 143
Red Bank, New Jersey 07701
*Counsel for Plaintiff*

3. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

Dated: December 16, 2025

By: _____
THOMAS D. JACOBSON

12479910.1