# EXHIBIT "A"



# Notice of Service of Process

**null / ALL**
**Transmittal Number: 32754683**
**Date Processed: 11/21/2025**

| | |
|---|---|
| **Primary Contact:** | Sharon Brooks - MS 08-A<br>The Travelers Companies, Inc.<br>1 Tower Sq<br>Rm 8MS<br>Hartford, CT 06183-0001 |
| **Entity:** | The Travelers Indemnity Company<br>Entity ID Number 2317465 |
| **Entity Served:** | The Travelers Indemnity Company |
| **Title of Action:** | Trident Pacific Real Estate Group As Receiver for Denver Road, LLC vs. The Travelers Indemnity Company |
| **Matter Name/ID:** | Trident Pacific Real Estate Group As Receiver for Denver Road, LLC vs. The Travelers Indemnity Company (18241162) |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Contract |
| **Court/Agency:** | Somerset County Superior Court, NJ |
| **Case/Reference No:** | SOM-L-001610-25 |
| **Jurisdiction Served:** | New Jersey |
| **Date Served on CSC:** | 11/21/2025 |
| **Answer or Appearance Due:** | 35 Days |
| **Originally Served On:** | Department of Banking and Insurance in New Jersey on 11/17/2025 |
| **How Served:** | Certified Mail |
| **Sender Information:** | Lerner, Arnold & Winston, LLP<br>732-784-1820 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com



# State of New Jersey
## Department of Banking and Insurance
### Office of the Commissioner

**Philip D. Murphy**
*Governor*

**Tahesha L. Way**
*Lt. Governor*

PO Box 325
Trenton, NJ 08625-0325

Tel (609) 633-7667

**Justin Zimmerman**
*Commissioner*

**CERTIFIED MAIL
RETURN RECEIPT REQUESTED**

11/17/2025

Attention:

CORPORATION SERVICE COMPANY
THE TRAVELERS INDEMNITY COMPANY
PRINCETON SOUTH CORPORATE CENTER
100 CHARLES EWING BOULEVARD, SUITE 160
EWING, NJ 08628

RE: Trident Pacific Real Estate Group as receiver for Denver Road, LLC
v. The Travelers Indemnity Company
Superior Court of New Jersey; Somerset County Law Division
Docket No.: SOM-L-1610-25

Dear Sir/Madam:

You are hereby notified that on this date the Commissioner of the New Jersey Department of Banking and Insurance has accepted original service of process on your behalf in the above-captioned matter. The documents served are enclosed herein.

By copy of this letter I am advising the attorney for the Plaintiff(s) in this matter that these documents have been transmitted to you, and confirming that the Commissioner of Banking and Insurance is not authorized to receive service of any further documents in this action.

Very Truly Yours,

**Margie Greco**
Administrative Assistant

C: Lerner, Arnold & Winston, LLP
Attn: Frank P. Winston, Esq.
331 Newman Springs Road Bldg. 1, 4th Fl.,
Suite 143
Red Bank, NJ 07701

---

*Visit us on the Web at dobi.nj.gov*

*New Jersey is an Equal Opportunity Employer* • *Printed on Recycled Paper and Recyclable*

**LERNER, ARNOLD & WINSTON, LLP**
Attorneys-At-Law
By: Frank P. Winston, Esq.
Attorney ID No.: 011522004
331 Newman Springs Road
Building 1, Suite 143
Red Bank, New Jersey 07701
Telephone: (732) 784-1820
*Attorneys for Plaintiffs*

| | |
|---|---|
| TRIDENT PACIFIC REAL ESTATE GROUP as receiver for DENVER ROAD, LLC, | SUPERIOR COURT OF NEW JERSEY LAW DIVISION: SOMERSET COUNTY |
| Plaintiff, | DOCKET NO.: SOM-L-001610-25 |
| -against- | CIVIL ACTION |
| THE TRAVELERS INDEMNITY COMPANY, | **SUMMONS** |
| Defendant. | |

From: The State of New Jersey
To:   The Defendants Named Above

    The Plaintiffs, named above, have filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (A directory of the addresses of each deputy clerk of the Superior Court is available in the Civil Division Management Office in the county listed above and online at http://www.judiciary.state.nj.us/prose/10153_deptyclerklawref.pdf). If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, P.O. Box 971, Trenton, NJ 08625-0971. A filing fee payable to the Treasurer, State of New Jersey and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to the plaintiffs' attorney whose name and address appear above, or to the plaintiffs, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee of $135.00 and completed Case Information Statement) if you want the court to hear your defense.

    If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief the plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all

or part of the judgment.

      If you cannot afford an attorney, you may call the Legal Services office in the county where you live or the Legal Services of New Jersey Statewide Hotline at 1-888-LSNJ-LAW (1-888-576-5529). If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A directory with contact information for local Legal Services Offices and Lawyer Referral Services is available in the Civil Division Management Office in the county listed above and online at http://www.judiciary.state.nj.us/prose/10153_deptyclerklawref.pdf.

                                                      /s/ Michelle M. Smith
                                                      Michelle M. Smith
                                                 Clerk of the Superior Court

Dated: November 7, 2025

**Name of the Defendant to be served:**
The Travelers Indemnity Company

**Address of Defendant The Travelers Indemnity Company:**
c/o The Commissioner of Banking and Insurance, 20 West State Street, Trenton, NJ 08625

2

LERNER, ARNOLD & WINSTON, LLP
Attorneys-At-Law
By: Frank P. Winston, Esq.
Attorney ID No.: 011522004
331 Newman Springs Road
Building 1, Suite 143
Red Bank, New Jersey 07701
Telephone: (732) 784-1820
*Attorneys for Plaintiff*

| | |
|---|---|
| TRIDENT PACIFIC REAL ESTATE GROUP as receiver for DENVER ROAD, LLC,<br><br>Plaintiff,<br><br>-against-<br><br>THE TRAVELERS INDEMNITY COMPANY,<br><br>Defendant. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION: SOMERSET COUNTY<br><br>DOCKET NO.:<br><br>CIVIL ACTION<br><br>**COMPLAINT AND**<br>**<u>JURY TRIAL DEMAND</u>** |

Plaintiff, Trident Pacific Real Estate Group, as Receiver for Denver Road LLC ("Plaintiff"), by way of Complaint against Defendant, The Travelers Indemnity Company ("Travelers" or "Defendant"), alleges as follows:

## PARTIES

1. Plaintiff is the duly appointed Receiver for Denver Road LLC, a limited liability company formed under the laws of the State of Delaware, with respect to real property located in the State of New Jersey, and is authorized to pursue this action on behalf of Denver Road LLC.

2. Upon information and belief, Defendant The Travelers Indemnity Company is a corporation organized under the laws of the State of Connecticut, with its principal place of business in Hartford, Connecticut, and is authorized to issue insurance policies and conduct business in the State of New Jersey.

## JURISDICTION AND VENUE

3. Venue is proper in this Court pursuant to R. 4:3-2(a)(1) because the property that is the subject of this action is located in Somerset County, New Jersey

4. Defendant conducts business in the State of New Jersey, issued the subject insurance policy for property located in New Jersey, and is therefore subject to the jurisdiction of this Court.

## FACTUAL BACKGROUND

5. At all times relevant, Plaintiff maintained property located in New Jersey that was insured under a commercial property insurance policy issued by Defendant, including but not limited to Property Coverage Form MS C1 00 10 18, Boiler and Machinery Endorsement MS C2 10 10 18, and Utility Services – Direct Damage Endorsement MS C3 27 10 18 (collectively, the "Policy").

6. The Policy provided coverage for direct physical loss or damage to covered property caused by covered causes of loss, including electrical failure, arching, and damage to utility transmission lines and equipment.

7. On or about August 24, 2024, Plaintiff sustained a covered loss, at 10 Finderne Avenue, Bridgewater, New Jersey 08807 (the "Property"), involving underground cable connected to electrical equipment and machinery used in energy transmission and operation at the insured premises.

8. The damage was caused by a fire caused by electrical arcing and failure, resulting in a direct physical loss, all within the scope of the Policy's Boiler and Machinery and Utility Services endorsements.

2

9. Plaintiff submitted a timely first-party property insurance claim under the Policy.

10. Defendant initially made partial payment but subsequently denied further coverage, citing exclusions in the Property Coverage Form relating to underground wires and cables.

11. The denial was improper and contrary to the plain language of the Policy, including Paragraph 10 of the "Property and Costs Not Covered" section, which excludes cables only "subject to periodic replacement." The cable at issue was not subject to periodic replacement. The Policy insured the Additions and Alterations made by Plaintiffs to the subject apartment, as well as all of the personal property, contents, valuable articles and other belongings maintained therein against all risks of loss.

12. Further, under the Boiler and Machinery endorsement, electrical equipment and machinery connected to the damaged cable is a Covered Object, and electrical arcing is a Covered Cause of Loss.

13. The Utility Services – Direct Damage endorsement further provides coverage for damage to underground transmission lines used to supply electricity to the premises, not limited by the exclusion cited by Defendant.

14. Plaintiff had a reasonable expectation, based on the terms of the Policy, that the damaged cable and resulting losses were covered under the Boiler and Machinery and Utility Services forms.

15. Defendant's refusal to fully indemnify Plaintiff constitutes a breach of its contractual obligations.

## COUNT ONE: BREACH OF CONTRACT

16. Plaintiff repeats and realleges the preceding paragraphs as if set forth fully herein.

17. On or about August 24, 2024, the Policy afforded the Plaintiff and the Subject Property with certain insurance coverage.

18. On or about August 24, 2024, the Policy was in full force and effect.

19. On or about August 24, 2024, and while the Policy was in full force and effect, the Property was damaged as a result of fire, which is a direct physical loss or damage to which no exclusion applies.

20. Subsequent to the August 24, 2024, loss and pursuant to the terms of the Policy, the Plaintiff submitted an insurance claim to the Defendant seeking to be indemnified for the full amount of covered damages.

21. Defendant wrongfully failed to indemnify the Plaintiff for the covered damages to the Property as a result of the August 24, 2024, loss, despite the fact the same has been duly demanded.

22. Defendant's wrongful failure to indemnify the Plaintiff for the covered damages to the Property as a result of the August 24, 2024 loss constitutes a breach of contract.

23. The Plaintiff has complied with all of the terms and conditions of the Policy.

24. The Plaintiff has submitted sufficient and reasonable proof in support of its insurance claim.

25. As a result of Defendant's above-mentioned breach of contract, the Plaintiff has been damaged in an amount to be determined by a Somerset County Jury.

**WHEREFORE**, Plaintiff demands judgment against Defendant, on the First Count for:

a) Plaintiff's covered damages pursuant to the terms of the subject insurance policy, together with lawful interest;

b) Compensatory damages, together with lawful interest;

c) Consequential damages, together with lawful interest;

d) Costs of suit and reasonable attorneys' fees; and

e) For such other and further relief as this Court deems just and proper.

Dated: November 7, 2025

                                              Yours, etc.,

                                              **LERNER, ARNOLD & WINSTON, LLP**

                                              By: /s/ Frank P. Winston
                                                   Frank P. Winston, Esq.
                                                   N.J. Bar ID 011522004

## JURY DEMAND

Plaintiff, pursuant to New Jersey Civil Rule 4:35-1, hereby demands a trial by jury as to all issues.

## DESIGNATION OF TRIAL ATTORNEY

In accordance with R. 4:25-4, Frank Winston, is hereby designated as trial counsel for the Plaintiff in the above matter.

Dated: November 7, 2025

                        Yours, etc.,

                        **LERNER, ARNOLD & WINSTON, LLP**

                        By: /s/ Frank P. Winston
                            Frank P. Winston, Esq.
                            N.J. Bar ID 011522004

## CERTIFICATION

Pursuant to the requirements of New Jersey Civil Rule 4:5-1 (Notice of Other Actions), I, the undersigned, do hereby certify, to the best of my knowledge, information and belief, that, except as hereinafter indicated, the subject of the controversy referred to in the within pleading is not the subject of any other cause of action, pending in any other Court, or of a pending arbitration proceeding, nor is any other cause of action, arbitration proceeding contemplated:

1. OTHER ACTIONS PENDING? . . . Yes___ No X

    a. If Yes – Parties to other pending actions (see attachment).

    b. In my opinion, the following parties should be joined in the within pending cause of action (see attachment).

2. OTHER ACTIONS CONTEMPLATED? . . . Yes _____ No X

    If Yes - Parties contemplated to be joined in other causes of action (see attachment).

3. ARBITRATION PROCEEDINGS PENDING? . . . Yes __ No X

    a. If Yes - Parties to arbitration proceedings (see attachment).

    b. In my opinion, the following parties should be joined in the pending arbitration proceedings (see attachment).

4. OTHER ARBITRATION PROCEEDINGS CONTEMPLATED? . . . Yes __ No X

    If Yes - Parties contemplated to be joined to arbitration proceedings (see attachment). In the event that during the pending of the within cause of action, I shall become aware of any change as to any facts stated herein, I shall file an Amended Certification, and serve a copy thereof on all other parties (or their attorneys) who have appeared in said cause of action.

By: /s/ Frank P. Winston
Frank P. Winston, Esq.

Dated: November 7, 2025

7

# Civil Case Information Statement

**Case Details: SOMERSET | Civil Part Docket# L-001610-25**

**Case Caption:** TRIDENT PACIFIC REAL ESTATE G VS THE TRAVELERS
**Case Initiation Date:** 11/07/2025
**Attorney Name:** FRANK P WINSTON
**Firm Name:** LERNER ARNOLD & WINSTON LLP
**Address:** 286 FIFTH AVE 12TH FL
NEW YORK NY 10001
**Phone:** 2126864655
**Name of Party:** PLAINTIFF : Trident Pacific Real Estate Gr
**Name of Defendant's Primary Insurance Company (if known):** None

**Case Type:** CONTRACT/COMMERCIAL TRANSACTION
**Document Type:** Complaint with Jury Demand
**Jury Demand:** YES - 6 JURORS
**Is this a professional malpractice case?** NO
**Related cases pending:** NO
**If yes, list docket numbers:**
**Do you anticipate adding any parties (arising out of same transaction or occurrence)?** NO
**Does this case involve claims related to COVID-19?** NO

**Are sexual abuse claims alleged by:** Trident Pacific Real Estate Gr? NO

**THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE**
CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

**Do parties have a current, past, or recurrent relationship?** NO

**If yes, is that relationship:**

**Does the statute governing this case provide for payment of fees by the losing party?** NO

**Use this space to alert the court to any special case characteristics that may warrant individual management or accelerated disposition:**

**Do you or your client need any disability accommodations?** NO
　　**If yes, please identify the requested accommodation:**

**Will an interpreter be needed?** NO
　　**If yes, for what language:**

**Please check off each applicable category: Putative Class Action?** NO  **Title 59?** NO  **Consumer Fraud?** NO  **Medical Debt Claim?** NO

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b)

11/07/2025
Dated

/s/ FRANK P WINSTON
Signed

**STATE OF NEW JERSEY**
**DEPARTMENT OF BANKING AND INSURANCE**
**PO BOX 325**
**TRENTON, NJ 08625-0325**

7022 2410 0003 3437 9160

FIRST-CLASS

US POSTAGE
ZIP 08628 $011.87
02 7W
0008037441 NOV 18 2025

Travelers Indemnity Company
c/o Corporation Service Company
Princeton South Corporate Center
100 Charles Ewing Boulevard, Suite 160
Ewing, NJ 08628

RETURN RECEIPT REQUESTED